UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ESTATE OF HERBERT L. ZURSCHMIEDE, <br><br>  Plaintiff, <br><br> v. <br><br> GLENN A. HUNT a/k/a GLEN HUNT AND SHERRY HUNT, HUSBAND AND WIFE, FIRST HARRISON BANK, THE INTERNAL REVENUE SERVICE OF THE UNITED STATES OF AMERICA, THE INDIANA DEPARTMENT OF REVENUE, STEVEN H. GREEN, DORIS FERBER, BROWERPEASE, INC., TREASURER OF FLOYD COUNTY, INDIANA and UNKNOWN OCCUPANTS OF 4407 KAMER MILLER ROAD, NEW ALBANY, INDIANA 47150, <br><br>  Defendants. | CASE NO. 4:04-cv-0228-DFH-WGH |

ENTRY ON MOTIONS FOR SUMMARY JUDGMENT

The motions for summary judgment filed by plaintiff Estate of Herbert L. Zurschmiede and defendant First Harrison Bank are hereby granted against defendants Glenn and Sherry Hunt for the reasons set forth in the moving papers. Defendants Glenn and Sherry Hunt filed no timely response despite several extensions of time. Their belated response (filed November 15, 2005) failed to identify any genuine issue of material fact. The court also grants First Harrison Bank's motion for approval of attorney fees in the amount of $10,000.00. The

-2-

Agreed Judgment and Decree of Foreclosure tendered by all other remaining parties is consistent with the grant of summary judgment against the Hunts and the approved fees. The court is entering the Agreed Judgment and Decree of Foreclosure, though the Hunts obviously have not agreed to it.

So ordered.

Date:   11/18/05

*David F. Hamilton*

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-3-

Copies to:

Sue Hendricks Bailey
UNITED STATES ATTORNEY'S OFFICE
sue.bailey@usdoj.gov

Stanley O. Faith
staff@stanfaith.com

Christopher Lynn King
WARD TYLER & SCOTT
chris@wardtylerscott.com

Robert Jeffrey Lowe
KIGHTLINGER & GRAY, LLP
jlowe@k-glaw.com

Daniel Pierce Miller
INDIANA STATE ATTORNEY GENERAL
dmiller@atg.state.in.us

Allen L. Morris
STITES & HARBISON, LLP
amorris@stites.com

Margaret F. Timmel
WARD, TYLER & SCOTT, LLC
1947 E. Spring Street
New Albany, IN 47150

Michael Francis Ward
WARD TYLER & SCOTT
mick@wardtylerscott.com

GLENN A. HUNT
4407 Kamer-Miller Road
New Albany, IN 47150

SHERRY HUNT
4407 Kamer-Miller Road
New Albany, IN 47150